UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Angela Shannon  
    Deon Levy  
        Debtor(s)

Case No. 17 B 02195

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/25/2017.

2) The plan was confirmed on 06/12/2017.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 06/12/2017.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/26/2017.

5) The case was Dismissed on 03/19/2018.

6) Number of months from filing to last payment: 12.

7) Number of months case was pending: 16.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $1,050.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $1,050.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,004.33 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $45.67 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $1,050.00

Attorney fees paid and disclosed by debtor:    $350.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Accounts Receivable Management Inc | Unsecured | 445.00 | NA | NA | 0.00 | 0.00 |
| Afni MLK Drive | Unsecured | 315.00 | NA | NA | 0.00 | 0.00 |
| AFS Acceptance LLC | Unsecured | 9,631.00 | 9,631.12 | 9,631.12 | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 0.00 | 504.50 | 504.50 | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 0.00 | 945.77 | 945.77 | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 0.00 | 669.72 | 669.72 | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 0.00 | 1,720.30 | 1,720.30 | 0.00 | 0.00 |
| Amundson and Schwartz Psych Cons | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| Armor Systems Corporation | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| AT&T CORP by American InfoSource LP | Unsecured | 656.00 | 217.25 | 217.25 | 0.00 | 0.00 |
| AT&T Mobility II LLC | Unsecured | 0.00 | 1,940.14 | 1,940.14 | 0.00 | 0.00 |
| Barbosa Law group | Unsecured | 2,735.00 | NA | NA | 0.00 | 0.00 |
| Barnes Auto | Unsecured | 3,500.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 700.00 | 780.00 | 780.00 | 0.00 | 0.00 |
| Comcast | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Lp | Unsecured | 434.00 | NA | NA | 0.00 | 0.00 |
| EOS CCA | Unsecured | 1,675.00 | NA | NA | 0.00 | 0.00 |
| ERC | Unsecured | 1,110.00 | NA | NA | 0.00 | 0.00 |
| FCI | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| First Rate Financial | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| Harris & Harris LTD | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Hartgrove Hospital | Unsecured | 528.00 | NA | NA | 0.00 | 0.00 |
| ICS Collection Service | Unsecured | 27.00 | NA | NA | 0.00 | 0.00 |
| IL Tollway | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 454.00 | 454.51 | 454.51 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 443.00 | 443.27 | 443.27 | 0.00 | 0.00 |
| Kahn Sanford | Unsecured | 1,700.00 | NA | NA | 0.00 | 0.00 |
| Loyola Medicine | Unsecured | 2,042.00 | NA | NA | 0.00 | 0.00 |
| Loyola Univeristy Health Systems | Unsecured | 1,260.00 | NA | NA | 0.00 | 0.00 |
| Lurie Children's Medical Group | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Medical Recovery Services | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Northwestern Memorial Physicians Group | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| NovaCare Rehabilitation | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| Pelican Auto Finance LLC | Unsecured | 9,000.00 | 9,718.50 | 9,718.50 | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 117.00 | 426.95 | 426.95 | 0.00 | 0.00 |
| Progressive care for women | Unsecured | 350.00 | 280.00 | 280.00 | 0.00 | 0.00 |
| SOUTHWEST CREDIT SYSTEM | Unsecured | 555.00 | NA | NA | 0.00 | 0.00 |
| Speedy Cash | Unsecured | 0.00 | 409.46 | 409.46 | 0.00 | 0.00 |
| Speedy Cash | Unsecured | 603.00 | 602.34 | 602.34 | 0.00 | 0.00 |
| Sullivan Bradley K | Unsecured | 1,650.00 | NA | NA | 0.00 | 0.00 |
| Sunrise Credit Service | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| The Hertz Corporation | Unsecured | 1,800.00 | NA | NA | 0.00 | 0.00 |
| UHS of Hartgrove Inc | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| Village of Broadview | Unsecured | 861.00 | NA | NA | 0.00 | 0.00 |
| WAKEFIELD & ASSOCIATES | Unsecured | 861.00 | NA | NA | 0.00 | 0.00 |
| West Suburban Medical Center | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$28,743.83** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $1,050.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS:** | **$1,050.00** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/31/2018　　　　　　　　　　By: /s/ Marilyn O. Marshall
　　　　　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**